UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD TREVINO, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. |
| v. § | |
| § | 1:21-cv-00948-LY |
| HARTFORD LIFE AND ACCIDENT § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

Come now Defendant Hartford Life and Accident Insurance Company ("Hartford"), by counsel, and notifies the Court that the parties have recently reached a settlement of this matter. The parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal within 45 days.

Respectfully submitted,

*/s/ Stephanie C. Ng*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Eric P. Mathisen, IN Bar #19475-71
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Ph: (219) 242-8666
Fax: (219) 242-8669
eric.mathisen@ogletree.com

Stephanie C. Ng
Texas Bar No. 24098176
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX 77002
Ph: 713-655-5755
Fax: 713-655-0020
stephanie.ng@ogletree.com
**ATTORNEYS FOR DEFENDANT**

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed electronically on April 14, 2022 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

    Jeffrey E. Dahl
    jdahl@erisaattorneyintexas.com

                                             */s/ Stephanie C. Ng*
                                              Stephanie C. Ng