UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICHARD TREVINO, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. |
| v. § | |
| § | 1:21-cv-00948-LY |
| HARTFORD LIFE AND ACCIDENT § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Richard Trevino ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford") by their respective counsel, stipulate that this matter be dismissed with prejudice, with each party to bear their own attorneys' fees and costs. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by their respective counsel, stipulate that this matter be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: May 13, 2022

| | |
|---|---|
| */s/ Jeffrey E. Dahl (with permission)* | */s/ Stephanie C. Ng* |
| Law Office of Jeffrey E. Dahl | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | |
| Jeffrey E. Dahl | Stephanie C. Ng |
| State Bar No. 05310900 | Texas Bar No. 24098176 |
| The Commerce Building | One Allen Center |
| 314 E. Commerce, Suite 300 | 500 Dallas Street Suite 3000 |
| San Antonio, Texas 78205 | Houston, TX 77002 |
| Ph: 210-527-0900 | Ph: 713-655-5755 |
| Fax: 210-527-0901 | Fax: 713-655-0020 |
| jdahl@erisaattorneyintexas.com | stephanie.ng@ogletree.com |
| | |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed electronically on May 13, 2022 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

    Jeffrey E. Dahl
    jdahl@erisaattorneyintexas.com

                                                    *s/ Stephanie C. Ng*
                                                    Stephanie C. Ng